**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL ANTHONY ATWOOD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:11-cv-01692-JCM-GWF <br><br> **ORDER** <br><br> Request for Ex Parte Meeting with Judge (#8) |

This matter comes before the Court on Plaintiff's Ex Parte Request for Meeting with Judge (#8), filed on January 5, 2012. Plaintiff requests an ex parte meeting with the Judge so he can discuss the merits of his case prior to serving the Defendants. Ex parte communications with the Court regarding the merits a case are prohibited. *See* LR 7-6. The Court therefore denies Plaintiff's request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Ex Parte Request for Meeting with Judge (#8) is **denied**.

DATED this 6th day of January, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge