# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PAUL ANTHONY ATWOOD,  )
        Plaintiff,  )  Case No. 2:11-cv-01692-JCM-GWF
        )
vs.  )  **ORDER**
        )
UNITED STATES OF AMERICA, et al.,  )
        Defendants.  )

On November 9, 2011, the Court issued a Report and Recommendation (#2) denying Plaintiff's Application to Proceed in Forma Pauperis (#1). Plaintiff then filed an Objection to the Report and Recommendation (#3); however, prior to the Court ruling on the Objection, Plaintiff paid the filing fee. (*See* #6.) Subsequently, the Court affirmed the Report and Recommendation (#7). Upon Plaintiff paying the filing fee in this matter, Plaintiff's Complaint (#1-1) was never filed. The Court therefore orders the Clerk of the Court to detach and file Plaintiff's Complaint (#1-1). Once the Complaint has been filed, Plaintiff has 120 days to serve the Defendants in this matter pursuant to Fed. R. Civ. P. 4(m). Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall detach and file Plaintiff's Complaint (#1-1).

DATED this 30th day of March, 2012.

*[signature: George Foley Jr.]*
GEORGE FOLEY, JR.
United States Magistrate Judge